**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 98-7812

—————————

CHARLES LAMONT POLLARD,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN, Warden; ATTORNEY GENERAL
FOR THE STATE OF MARYLAND,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-98-
2074-MJG)

—————————

Submitted: April 20, 1999          Decided: April 30, 1999

—————————

Before WIDENER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Charles Lamont Pollard, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Lamont Pollard appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Pollard v. Corcoran, No. CA-98-2074-MJG (D. Md. Nov. 19, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2